IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


STEVEN A. SPEAR,

     Plaintiff,

v.                                              4:14cv445-WS

CORIZON, et al.,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc.

20) docketed January 28, 2015.  The magistrate judge recommends that the

plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a

claim upon which relief may be granted.  The plaintiff has filed objections (doc.

24) to the report and recommendation.

     The court having reviewed the record in light of the plaintiff's objections, it

is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 20) is hereby

ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED

pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief

may be granted.

3.  The clerk shall enter judgment stating: "All claims are dismissed."

4.  The clerk shall note on the docket sheet that the case has been dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __26th__ day of __February__ , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE